1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00056-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA; ORDER |
| v. | |
| RANJAN RAJBANSHI, D.D.S. | |
| Defendant. | |

The parties have filed a plea agreement to resolve this case where the defendant, Dr. Ranjan Rajbanshi, has to agreed to waive his right to indictment and proceed by information. Therefore, the parties agree that the case can be set for an arraignment on the information and change of plea hearing before the Honorable Ana de Alba on August 21, 2023, at 8:30 a.m. The parties have confirmed this date with the Court.

To the extent that any of the deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, apply, the parties agree to extend those deadlines through August 21, 2023, in the interests of justice, including the need for defense preparation and continuity of defense counsel. The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Dr. Rajbanshi to a speedy trial.

1
2
3   Dated:  April 14, 2023                    */s/ Candice Fields*
4                                              CANDICE FIELDS
                                               Counsel for Ranjan Rajbanshi, D.D.S.
5
6   Dated:  April 14, 2023                    */s/ Joseph Barton*
7                                              JOSEPH BARTON
                                               Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JOSEPH D. BARTON |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00056-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| RANJAN RAJBANSHI, D.D.S. | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on August 21, 2023, at 8:30 a.m., before the Honorable Ana de Alba. To the extent that the deadlines set by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, apply, those deadlines are extended through August 21, 2023, for defense preparation and continuity of defense counsel.

IT IS SO ORDERED.

Dated: April 17, 2023

_____
UNITED STATES DISTRICT JUDGE