CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com


Attorney for Defendant
RANJAN RAJBANSHI, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANJAN RAJBANSHI, D.D.S.,<br><br>　　　　　Defendant. | Case No. 1:23-CR-00056-ADA-BAM<br><br>STIPULATION REGARDING SENTENCING; ORDER<br><br>DATE: January 29, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Joseph Barton, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for sentencing on January 29, 2024. *See* ECF No. 10. By this stipulation, the parties now move to re-set the matter for sentencing on March 4, 2024, and request that the Court set the following schedule:

　　　　　　a)　　A draft PSR shall be filed by the probation officer on or before January 23, 2024;

　　　　　　b)　　Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before January 30, 2024;

　　　　　　c)　　A final PSR shall be filed by the probation officer on or before February 6, 2024;

1

STIPULATION REGARDING SENTENCING

d) Formal objections to, and motions for correction of, the PSR shall be filed on or before February 12, 2024;

e) Replies to objections to, and motions for correction of, the PSR shall be filed on or before February 19, 2024;

f) Sentencing memoranda shall be filed on or before February 26, 2024

The basis for continuance is as follows: The probation interview was delayed due to confusion between the probation officer and defense counsel, however a probation interview has been scheduled to occur on November 8, 2023. A March 4, 2024 sentencing hearing will allow the parties sufficient time to complete the updated proposed disclosure schedule.

IT IS SO STIPULATED.

Dated: October 31, 2023                                  PHILLIP A. TALBERT
                                                         United States Attorney

                                                         /s/ JOSEPH BARTON
                                                         JOSEPH BARTON
                                                         Assistant United States Attorney


Dated: October 31, 2023                                  /s/ CANDICE L. FIELDS
                                                         CANDICE L. FIELDS
                                                         Counsel for Defendant
                                                         RANJAN RAJBANSHI, D.D.S.


IT IS SO ORDERED.

Dated:   November 2, 2023                                _____
                                                         UNITED STATES DISTRICT JUDGE

2

STIPULATION REGARDING SENTENCING