CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com


Attorney for Defendant
RANJAN RAJBANSHI, D.D.S.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RANJAN RAJBANSHI, D.D.S.,<br><br>　　　　　Defendant. | Case No. 1:23-CR-00056-NODJ-BAM<br><br>STIPULATION REGARDING SENTENCING;<br>ORDER<br><br>DATE: March 4, 2024<br>TIME:　　8:30 a.m.<br>COURT: NODJ |

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record Joseph Barton, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for sentencing on March 4, 2024.  *See* ECF No. 10.  By this stipulation, the parties now move to re-set the matter for sentencing on June 24 2024, and request that the Court set the following schedule:

　　　　　　　　a)　　A draft PSR was previously filed by the probation officer on January 24, 2024;

　　　　　　　　b)　　Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before May 20, 2024;

　　　　　　　　c)　　A final PSR shall be filed by the probation officer on or before May 27, 2024;

1

d)      Formal objections to, and motions for correction of, the PSR shall be filed on or before June 3, 2024;

e)      Replies to objections to, and motions for correction of, the PSR shall be filed on or before June 17, 2024;

f)      Sentencing memoranda shall be filed on or before June 17, 2024

The bases for continuance is as follows: Defense counsel needs additional time to prepare for the sentencing hearing; also, a June 24, 2024 sentencing hearing will allow the parties sufficient time to complete the updated proposed disclosure schedule.

IT IS SO STIPULATED.


Dated:  February 5, 2024                                    PHILLIP A. TALBERT
                                                           United States Attorney


                                                            /s/ JOSEPH BARTON
                                                           JOSEPH BARTON
                                                           Assistant United States Attorney



Dated:  February 5, 2024                                    /s/ CANDICE L. FIELDS
                                                           CANDICE L. FIELDS
                                                           Counsel for Defendant
                                                           RANJAN RAJBANSHI, D.D.S.

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 4, 2024, to **June 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.


IT IS SO ORDERED.

Dated:  __**February 6, 2024**__          ___/s/ Barbara A. McAuliffe___
                                         UNITED STATES MAGISTRATE JUDGE

2

STIPULATION REGARDING SENTENCING