CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
RANJAN RAJBANSHI, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANJAN RAJBANSHI, D.D.S.,<br><br>Defendant. | Case No. 1:23-CR-00056-NODJ-BAM<br><br>STIPULATION REGARDING SENTENCING; ORDER<br><br>DATE: July 15, 2024<br>TIME:  8:30 a.m.<br>COURT: NODJ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Joseph Barton, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 15, 2024.  *See* ECF No. 18.

2. By this stipulation, the parties now move to re-set the matter for sentencing on September 23, 2024, and request that the Court set the following schedule:

   a) A draft PSR was previously filed by the probation officer on January 24, 2024;

   b) Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before August 12, 2024;

   c) A final PSR shall be filed by the probation officer on or before August 19, 2024;

1

STIPULATION REGARDING SENTENCING

d) Formal objections to, and motions for correction of, the PSR shall be filed on or before August 30, 2024;

e) Replies to objections to, and motions for correction of, the PSR shall be filed on or before September 9, 2024;

f) Sentencing memoranda shall be filed on or before September 16, 2024.

The bases for continuance are as follows: Defense counsel is unavailable on the date re-set for the sentencing hearing (July 15, 2024); the defendant needs additional time to remit the pre-sentence restitution called for in the Plea Agreement; the government does not object to this continuance.

IT IS SO STIPULATED.

Dated:  May 20, 2024                                           PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                               /s/ JOSEPH BARTON
                                                                              JOSEPH BARTON
                                                                              Assistant United States Attorney


Dated:  May 20, 2024                                            /s/ CANDICE L. FIELDS
                                                                              CANDICE L. FIELDS
                                                                              Counsel for Defendant
                                                                              RANJAN RAJBANSHI, D.D.S.

2

STIPULATION REGARDING SENTENCING

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from July 15, 2024, to **September 23, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Informal objections to the presentence investigation report due August 12, 2024; final presentence investigation report due August 19, 2024; formal objections to presentence investigation report due August 30, 2024; replies to objections to presentence investigation report due September 9, 2024; and sentencing memoranda due September 16, 2024.

IT IS SO ORDERED.

Dated:   **May 20, 2024**              /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING SENTENCING

3