CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
RANJAN RAJBANSHI, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RANJAN RAJBANSHI, D.D.S.,<br><br>        Defendant. | Case No. 1:23-CR-00056-NODJ-BAM<br><br>STIPULATION REGARDING SENTENCING; ORDER<br><br>DATE: September 23, 2024<br>TIME:  8:30 a.m.<br>COURT: NODJ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Joseph Barton, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on September 23, 2024.  *See* ECF No. 20.

2.   By this stipulation, the parties now move to re-set the matter for sentencing on October 28, 2024, and request that the Court set the following schedule:

   a)   A draft PSR was previously filed by the probation officer on January 24, 2024;

   b)   Informal objections to the presentence investigation report ("PSR") shall be sent

   to the assigned probation officer and the opposing party on or before August 23, 2024;

1

STIPULATION REGARDING SENTENCING

1    c) A final PSR shall be filed by the probation officer on or before September 23, 2024;

d) Formal objections to, and motions for correction of, the PSR shall be filed on or before October 7, 2024;

e) Replies to objections to, and motions for correction of, the PSR shall be filed on or before October 15, 2024;

f) Sentencing memoranda shall be filed on or before October 21, 2024.

The bases for continuance are as follows: The defendant needs additional time to remit the pre-sentence restitution called for in the Plea Agreement; the government does not object to this continuance.

IT IS SO STIPULATED.

Dated:  August 16, 2024                             PHILLIP A. TALBERT
                                                                       United States Attorney


                                                                        /s/ JOSEPH BARTON
                                                                       JOSEPH BARTON
                                                                       Assistant United States Attorney


Dated:  August 16, 2024                              /s/ CANDICE L. FIELDS
                                                                       CANDICE L. FIELDS
                                                                       Counsel for Defendant
                                                                       RANJAN RAJBANSHI, D.D.S.

2

STIPULATION REGARDING SENTENCING

# ORDER

IT IS SO ORDERED that the sentencing hearing is continued from September 23, 2024, to **November 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Informal objections to the presentence investigation report ("PSR") shall be submitted by August 23, 2024; the final PSR shall be filed by September 23, 2024; formal objections to the PSR shall be filed by October 7, 2024; replies to the objections to the PSR shall be filed by October 15, 2024; and sentencing memoranda shall be filed by October 21, 2024.

IT IS SO ORDERED.

Dated:   **August 19, 2024**          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE