CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com


Attorney for Defendant
RANJAN RAJBANSHI, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00056-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | APPLICATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PROBATION TO PERMIT INTERNATIONAL TRAVEL; ORDER |
| RANJAN RAJBANSHI, D.D.S., | |
| Defendant. | |

APPLICATION

Defendant Ranjan Rajbanshi, by and through counsel, respectfully requests an order temporarily modifying the conditions of probation to permit international travel to Nepal from February 19, 2026, through April 1, 2026. This request is made pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c).

1.      On November 6, 2024, the Court imposed a sentence of 36 months of probation. Judgment, Dkt. No. 30. The Judgment includes the standard condition that Dr. Rajbanshi must not knowingly leave the federal judicial district where he is authorized to reside without first getting permission from the Court or the probation officer. *Id*., at Condition No. 3.

2.      Dr. Rajbanshi is supervised in the Central District of California by U.S. Probation Officer Brent Udolph (Special Offender Specialist), who has reviewed this request and does not object.

1

3.      Dr. Rajbanshi seeks to accompany his parents, who are nearly 90 years old, on a family visit to Nepal. During the last trip to Nepal, his mother became seriously ill. He requests permission to travel with his parents to provide support and assistance during the visit.

4.      Proposed itinerary (all times local):

a.      Depart Los Angeles (LAX) on Thursday, February 19, 2026 on Cathay Pacific Flight CX 885 to Hong Kong (HKG).

b.      Depart Hong Kong (HKG) on Saturday, February 21, 2026 on Cathay Pacific Flight CX 603 to Kathmandu (KTM).

c.      Depart Kathmandu (KTM) on Tuesday, March 31, 2026 on Cathay Pacific Flight CX 640 to Hong Kong (HKG).

d.      Depart Hong Kong (HKG) on Wednesday, April 1, 2026 on Cathay Pacific Flight CX 882 to Los Angeles (LAX).

5.      Lodging: Grand Hotel, Redcross Rd, Kathmandu 44614, Nepal. Dr. Rajbanshi will provide the hotel telephone number and any updates to U.S. Probation in advance of departure and promptly if circumstances change.

6.      While traveling, Dr. Rajbanshi will remain in compliance with all other conditions of probation and will remain in contact with the supervising probation officer as directed. Upon return, Dr. Rajbanshi will report to U.S. Probation within 72 hours or as otherwise directed by the supervising probation officer.

For these reasons, and for good cause shown, Dr. Rajbanshi respectfully requests that the Court grant this application and enter the proposed order authorizing temporary international travel as described above.

Respectfully submitted,


Dated:   __1/15/2026__                         */s/ Candice L. Fields*
                                              Candice L. Fields
                                              Attorney for Defendant Ranjan Rajbanshi

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANJAN RAJBANSHI, D.D.S.,<br><br>Defendant. | Case No. 1:23-CR-00056-DAD-EPG<br><br>ORDER GRANTING APPLICATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PROBATION TO PERMIT INTERNATIONAL TRAVEL<br><br>(Doc. No. 32) |

The Court has reviewed the Application for Temporary Modification of Conditions of Probation to Permit International Travel (Doc. No. 32), as well as the government's opposition thereto (Doc. No. 34). In addition, the court has conferred with defendant Rajbanshi's supervising probation officer in the Central District of California. Having done so, the court finds that a hearing on the pending application is unnecessary.

Good cause appearing, the Application is GRANTED.

1. Dr. Rajbanshi is authorized to travel to Kathmandu, Nepal from February 19, 2026, through April 1, 2026, consistent with the itinerary described in defendant's Application.

2. Lodging during travel will be at Grand Hotel, Redcross Rd, Kathmandu 44614, Nepal, subject to any modifications promptly reported to and approved by defendant's supervising probation officer.

/////

3

3.     Dr. Rajbanshi shall maintain contact with U.S. Probation as directed, shall comply with all other conditions of probation while traveling, and shall report to U.S. Probation within 72 hours of returning to the United States or as otherwise directed by the supervising probation officer.

4.     All other terms and conditions of the Judgment remain in full force and effect.

5.     The hearing on the Motion to Modify Conditions of Release (ECF 32) previously noticed for February 2, 2026, is Vacated.

IT IS SO ORDERED.

Dated:   **January 30, 2026**                               
DALE A. DROZD
UNITED STATES DISTRICT JUDGE